

# United States District Court
## Central District of California
### Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

**January 18, 2022**

Kent T. Fields
Muscogee (Creek) Tribe
P.O. BOX 484, Gore (at Notchietown), OK 74435

Dear Sir or Madam:

Your document has been lodged and assigned civil case number  2:22-cv-00396-UA  .

Upon the submission of your document, the following discrepancy was found:

- ☐ *You have submitted a personal check.*
  Please be advised that personal checks are not accepted.  Your check will be returned to you by our Fiscal Department.  Please send a cashier's check or money order instead.  Be sure to reference the civil case number on your payment.

- ☑ *You have not submitted the entire filing fee amount of $402.*
  If you are unable to pay the entire filing fee at this time, you may request that the fee be waived.  To do so, you must complete, sign, and return the enclosed form, *Request to Proceed in Forma Pauperis with Declaration in Support* (CV-60), in its entirety.

If you do not respond within THIRTY DAYS from the date above, your action will be either dismissed or remanded to state court, as appropriate.

If your fee waiver request or payment is received within THIRTY DAYS, judges will be assigned to your case.  You may return your fee waiver request or payment to any of the following addresses:

| United States Courthouse | United States Courthouse | United States Courthouse |
|---|---|---|
| 255 East Temple Street, Suite TS-134 | 411 West Fourth St., Room 1053 | 3470 Twelfth St., Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Sincerely,

Clerk, U. S. District Court

By:  K. PASTRANA HERNANDEZ
Deputy Clerk

*Encl. (CV-60)*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER,<br>v.<br><br>DEFENDANT(S). | **REQUEST TO PROCEED<br>IN FORMA PAUPERIS WITH<br>DECLARATION IN SUPPORT** |

I, _____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed?  ☐Yes    ☐No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☐Yes  ☐No
    b. Rent payments, interest or dividends?   ☐Yes  ☐No
    c. Pensions, annuities or life insurance payments?   ☐Yes  ☐No
    d. Gifts or inheritances?   ☐Yes  ☐No
    e. Any other income (other than listed above)?   ☐Yes  ☐No
    f. Loans?   ☐Yes  ☐No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes   ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes   ☐No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? _____

   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

_____   _____
State                                           County (or City)

I, _____, declare under penalty of perjury that the foregoing is true and correct.

_____   _____
Date                                            Plaintiff/Petitioner (Signature)