JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NATCHEZ NATION,<br><br>        Plaintiff,<br><br>   v.<br><br>DEP'T OF CHILDREN & FAMILY SERVS., et al.,<br><br>        Defendants. | Case No. 2:22-cv-00396-FLA (JPR)<br><br>**ORDER SUMMARILY DISMISSING COMPLAINT WITHOUT PREJUDICE** |

### RULING

On January 18, 2022, Kent T. Hutke Fields, "Principal Chief of the Natchez Tribe," filed pro se a lawsuit on behalf of "The Natchez Nation, a Band of the Federally Recognized Muscogee (Creek) Nation." Dkt. 1-1 ("Compl.") at 1. He purports to sue various entities and people under the Indian Child Welfare Act over child-custody proceedings that have taken place in state juvenile court. *See, e.g.*, *id.* at 8. He requests a preliminary injunction "preventing the Defendants from continuing unmonitored visits between minors R.L. and S.L., with the abuser/adoptive mother."

1

*Id.* at 2.  Numerous state-court filings and other documents are attached to the Complaint.  *See* Dkts. 1-1, 1-2.

Plaintiff does not appear to be an attorney: he has not included any state-bar number with his contact information or otherwise indicated that he is a member of the bar.  The court's search of the State Bar of California's Attorney Search website also shows no member of the bar with the name Kent Hutke or Kent Fields.  Although the Complaint was apparently prepared by an attorney (*see id.* (stating that "The Natchez Nation … through its counsel, bring [sic] this action against the Defendants")), the signature line is for Fields (*see id.* at 14), and he put only his name and contact information on the Complaint's face page (*id.* at 1).  As a non-attorney litigant acting in pro se, he cannot represent an entity or any other person.  *See Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008) ("[T]he privilege to represent oneself pro se provided by [28 U.S.C.] § 1654 is personal to the litigant and does not extend to other parties or entities."); *Russell v. United States*, 308 F.2d 78, 79 (9th Cir. 1962) (per curiam) ("A litigant appearing in propria persona has no authority to represent anyone other than himself.").  The court's local rules specifically prohibit a non-lawyer from representing or acting on behalf of an entity.  *See* Local Rule 83-2.2.2 ("No organization or entity of any other kind (including corporations, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court[.]").

/ / /

/ / /

/ / /

     Because Fields cannot represent the only Plaintiff in this action, the Natchez Nation, this lawsuit must be dismissed. The court summarily DISMISSES it without prejudice to its refiling by an attorney. Likewise, the request for a preliminary injunction (Dkt. 3) is DENIED without prejudice.

     IT IS SO ORDERED.

Dated: February 1, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

Presented by:

_____
JEAN ROSENBLUTH
United States Magistrate Judge

3